UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-00208-AH (SSCx) | Date July 14, 2025 |
| Title *Max Verdi v. Robert Luna, et al.* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 10, 2025, the Court dismissed Plaintiff Max Verdi's First Amended Complaint with leave to amend. Dkt. No. 28. The Court directed Plaintiff that, if he elected to file an amended complaint, he was to do so within 21 days of the issuance of that Order. *Id.* The Order was filed on June 11, 2025. *Id.* Therefore, Plaintiff was to file an amended complaint by July 2, 2025, but he has not done so as of the date of this Order to Show Cause.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE WHY**, in writing by July 21, 2025, the Court should not dismiss the case for lack of prosecution and failure to comply with the Court's Order. Plaintiff may discharge this OSC by filing and serving an amended complaint consistent with the Court's June 10, 2025 Order. Failure to adequately comply with this OSC will result in dismissal of the case, without prejudice.

**IT IS SO ORDERED.**